VITO PENSAVALLE v. MARIANNA PENSAVALLE.— Motion to dismiss appeal

denied, with leave to renew if the appellant do not proceed promptly to perfect the appeal. Respondent should either procure an order of substitution of attorneys or proceed to have the case settled by his present attorney of record. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.